| Attorney Name | Registration Number | Residence County | Residence State | Employer County | Employer State | Sanction Amount |
|---|---|---|---|---|---|---|
| John Joseph Hinders | 0006250 | Mercer | OH | | | $750.00 |
| Susan Gertrude Braden | 0022993 | | DC | | DC | $100.00 |
| David Lee Kohler | 0031957 | | MI | | MI | $750.00 |
| Becky Jo Brown | 0041028 | | NC | | NC | $750.00 |
| Solomon Hertzel Basch | 0029248 | | NJ | | NY | $750.00 |
| Colin Morgan Cline | 0051972 | | WV | | WV | $750.00 |
| Timothy Francis FitzGerald | 0024335 | Cuyahoga | OH | Cuyahoga | OH | $215.00 |
| Pippa Lynn Henderson | 0041739 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| James Walter Brown III | 0055973 | Cuyahoga | OH | Cuyahoga | OH | $750.00 |
| Francis Martin Gleeson II | 0021060 | Hamilton | OH | Hamilton | OH | $600.00 |
| Jane Riggs Jonesco | 0028385 | Lorain | OH | Lorain | OH | $60.00 |
| William Joseph Hamann | 0026600 | Stark | OH | Stark | OH | $600.00 |

In re Report of the Commission on Continuing Legal Education.    :    1999 TERM

Thomas Laird Crowl, Jr.
( # 0009645),    :    ORDER
Respondent.     [Filed August 31, 1999]

This matter originated in this Court on the filing of a report by the Commission on Continuing Legal Education (the "Commission") pursuant to Gov. Bar R. X, Sec. 6, Div. (A) (1) (b) and Div. (A) (2) (d). The Commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov. Bar R. X, Attorney Continuing Legal Education, for the 1996–1997 reporting period.

On November 18, 1998, this Court issued to the respondent an order to show cause why the Commission's recommendation should not be adopted and an order so entered against the respondent. Respondent filed objections to the Commission's recommendation and this cause was considered by the Court. Upon consideration thereof,

IT IS ORDERED by the Court, *sua sponte*, that this cause be, and hereby is, dismissed.

In re Report of the Commission on Continuing Legal Education.    :    1999 TERM

Hollis Louise Howland
( # 0030182),    :    ORDER
Respondent.     [Filed August 31, 1999]

This matter originated in this Court on the filing of a report by the Commission on Continuing Legal Education (the "Commission") pursuant to Gov. Bar R. X, Sec. 6, Div. (A) (1) (b) and Div. (A) (2) (d). The Commission recommended the imposition of sanctions against certain attorneys, including the above-named respondent, for failure to comply with the provisions of Gov. Bar R. X, Attorney Continuing Legal Education, for the 1996–1997 reporting period.

On November 18, 1998, this Court issued to the respondent an order to show cause why the Commission's recommendation should not be adopted and an order so entered against the respondent. Respondent filed objections to the Commission's recommendation and this cause was considered by the Court. Upon consideration thereof,

IT IS ORDERED by the Court, *sua sponte*, that this cause be, and hereby is, dismissed.